■ JOHN O. YOUNG, a Stockholder of Farmers and Traders Life Insurance Company, Individually and on Behalf of All Other Stockholders Similarly Situated, Appellant, v. LOUIS J. TABER et al., Respondents.— Order affirmed, without costs of this appeal to any party. Memorandum: The order appealed from is a discretionary order. We affirm in the exercise of our own discretion. All concur. (Appeal from an order of Onondaga Special Term dismissing plaintiff's complaint for failure to prosecute and dismissing plaintiff's motion to examine before trial.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ 724 BABCOCK, INC., Respondent, v. U. S. RUBBER RECLAIMING CO., INC., Appellant.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Erie Special Term denying defendant's motion for summary judgment.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ In the Matter of the Accounting of ALINE C. J. ELLIS, Individually and as Executrix of JOSEPH ELLIS, Deceased Executor of ROSE E. SHAPIRO, Deceased, Respondent. ARNOLD I. SHAPIRO et al., Appellants.— Decree insofar as appealed from and order affirmed, with costs to all parties filing briefs payable out of the estate. All concur. (Appeal from part of a decree and from an order of Jefferson Surrogate's Court construing a will. The order denied a motion to open proof of the trial of the construction proceeding and to permit further proof.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRENE BURKE, ALIAS IRENE FILITARULT, Appellant, et al., Defendant.— Judgment of conviction reversed on the law and facts as to the second and fifth counts of indictment No. 3, and as to said counts indictment dismissed, and in all other respects judgment of conviction affirmed. Memorandum: The proof did not establish the essential elements of the crimes defined in subdivisions 2 and 3 of section 2460 of the Penal Law, as to defendant. All concur. (Appeal from a judgment of an Extraordinary Special and Trial Term of Supreme Court convicting defendant of violations of sections 2460, 1146, and 580 of the Penal Law.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.